FILED
2025 Mar-19 PM 01:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**LEATRICE MALIKA DEBRAHL-DANIELS,**
    Petitioner,

v.

**WARDEN KIMBERLY NEELY,**
    Respondent.

Case No. 7:24-cv-519-CLM-HNJ

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss Petitioner Leatrice Malika Debrahl-Daniels' pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241 without prejudice as moot. (Doc. 15). The court hasn't received any objections to the magistrate judge's recommendation.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss Debrahl-Daniels' § 2241 petition (doc. 1) without prejudice as moot.

The court will enter a separate final judgment that carries out this ruling.

The court **DIRECTS** the Clerk of Court to send a copy of this opinion on Debrahl-Daniels at her address on file as well as at 3426 Garden Oaks Street, Missouri City, Texas 77459.

**Done** and **Ordered** on March 19, 2025.

_/s/ Corey L. Maze_
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE